IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOLETHA HALE LEWIS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:18-CV-5917-WMR |
| AIMBRIDGE HOSPITALITY, LLC; : | |
| GARRISON NORTHWEST ATLANTA : | |
| OPCO, LLC; and ERNEST BRENT : | |
| FUTO d/b/a Swinging Atlanta; : | |
| : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this legal action, Plaintiff LOLETHA HALE LEWIS and Defendants AIMBRIDGE HOSPITALITY, LLC; GARRISON NORTHWEST ATLANTA OPCO, LLC; and ERNEST BRENT FUTO d/b/a Swinging Atlanta voluntarily stipulate to a complete dismissal of this legal action and all claims asserted herein with prejudice.

This 15th day of November, 2021.

STIPULATED BY:

/s/ *James W. Howard*
James W. Howard
Attorney for Plaintiff

/s/ *Neal C. Scott*
Neal C. Scott
Attorney for Defendants Aimbridge

Georgia Bar No. 370925
The Howard Law Firm, P.C.
Suite 200, Kyleif Center
1479 Brockett Road
Tucker, Georgia 30084
(770) 270-5080
jhoward@howardfirm.com

Hospitality, LLC and Garrison
Northwest Atlanta OpCo, LLC
Georgia Bar No. 515323
Law Office of Terry-Dawn Thomas
1001 Summit Blvd., Suite 1750
Atlanta, GA 30319
(404) 705-5848
neal.scott@zurichna.com

/s/  *Lloyd E. N. Hall*
Lloyd E. N. Hall
Georgia Bar No. 319150
Attorney for Defendant Futo
P.O. Box 81832
Atlanta, GA 30366
(770) 454-9571
LloydHall@att.net

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing *Stipulation of Dismissal With Prejudice* with the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send e-mail notification of such filing to the appropriate parties and opposing counsel of record, including:

Neal C. Scott, Esq.                             neal.scott@zurichna.com
Law Office of Terry-Dawn Thomas
1001 Summit Blvd.
Suite 1750
Atlanta, GA 30319

Lloyd E. N. Hall, Esq.                          LloydHall@att.net
P.O. Box 81832
Atlanta, GA 30366

This 15th day of November, 2021.

/s/ *James W. Howard*
James W. Howard
Attorney for Plaintiff
Georgia Bar No. 370925

THE HOWARD LAW FIRM, P.C.
Suite 200, Kyleif Center
1479 Brockett Road
Tucker, Georgia 30084
(770) 270-5080
(770) 270-5033 (fax)
jhoward@howardfirm.com